IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

JASON GANN, on his own behalf and
   on behalf of all others similarly situated,

      Plaintiffs,

v.

GARDA CL NORTHWEST d/b/a
   GARDAWORLD,

      Defendant.

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date Defendant Garda CL Northwest d/b/a GardaWorld ("Garda"), by and through its attorneys, Holland & Knight LLP, respectfully files this Notice of Removal pursuant to 28 U.S.C. § 1332 and states as follows:

## BACKGROUND

1.     Plaintiff Jason Gann ("Plaintiff") filed an action against Garda alleging, *inter alia*, violation of the Colorado Minimum Wages of Workers Act (the "CMWWA") C.R.S. §§ 8-6-101, *et seq.*, as implemented by the Colorado Minimum Wage Order (the "MWO") 7 CCR 1103-1 and the Colorado Overtime and Minimum Pay Standards Order (the "COMPS") 7 CCR 1103-1 (2020) (hereinafter the "State Court Action"). Plaintiff filed his complaint in the District Court in Denver County, Colorado. A copy of the Complaint is attached hereto as **Exhibit "A."** Garda received the Complaint on July 1, 2021.

2.     Plaintiff purports to seek a remedy not only on his own behalf but on behalf of others who are similarly situated.

## FEDERAL DIVERSITY JURISDICTION EXISTS

3.     This Court has original federal diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

4.     Plaintiff is a resident and citizen of the State of Colorado. (Decl. of Jeffrey Schiavino ("Schiavino Decl.") ¶ 5.)

5.     Defendant Garda CL Northwest Inc. is a Washington corporation with a principal place of business in Boca Raton, Florida. (Schiavino Decl. ¶4; Complt. ¶7.)

6.     Plaintiff alleges that Garda failed to properly calculate, and therefore did not properly pay him for, overtime. (Complt. ¶¶2-5.) According to Plaintiff, Garda also failed to pay other, similarly-situated employees overtime. (Complt. ¶¶2-5, 23.) The Complaint seeks back wages for the prior six years and continuing, among other relief. (Complt. ¶¶21, 43, Prayer for Relief.)

7.     The CMWWA permits a successful plaintiff to recover not only the unpaid balance of his/her wages but also attorney fees and costs. C.R.S. § 8-6-118.

8.     The Complaint does not specify the amount of unpaid wages Gann believes Garda owes him. However, based on the undersigned's past experience in similar cases, the attorney fees related to this matter alone will likely exceed $75,000.00. (Declaration of Leah E. Capritta, ¶¶3-9.)

9.      Accordingly, the amount in controversy exceeds $75,000.00. *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208, 1212-13 (D. Colo. 2007) (the amount in controversy may include exemplary damages and attorney fees if awardable under state law).

## TIMELINESS

10.     Pursuant to 28 U.S.C. § 1446(b), a party has within thirty (30) days from receipt of the claim to file its Notice of Removal.  *See Bresciani v. Allstate Fire and Casualty Ins. Co.,* 2019 WL 549441 (D. Colo. 2019).

11.     The Complaint was received by Garda on July 1, 2021.

12.     This Notice is filed within thirty (30) days of Garda's earliest date of actual notice of Plaintiff's Complaint.

13.     Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

## NOTICE TO STATE COURT AND PARTIES OF REMOVAL

14.     A copy of this Notice of Removal is being filed with the District Court for the City & County of Denver, Colorado and a written notice is being provided to Plaintiff pursuant to 28 U.S.C. §1446(d).

## STATE COURT PLEADINGS

15.     True and correct copies of all of the process, pleadings, and orders served in the State Court action are being filed herewith as follows:   **Exhibit B** Civil Case Cover Sheet; **Exhibit C**  Affidavit of Service on Garda; **Exhibit D** Pretrial Order; **Exhibit E** Delay Reduction Order; **Exhibit F** Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint; and **Exhibit G** Order Granting Defendant's Unopposed Motion for Extension of

Time to Respond to Plaintiff's Complaint. Garda CL Northwest Inc. will file separately all pleadings in accordance with D.C.COLO.LCivR2 81.1.

## **NON-WAIVER AND RESERVATION OF RIGHTS**

16. In filing this Notice of Removal, Garda reserves all and does not waive any defenses.

WHEREFORE, GARDA CL NORTHWEST d/b/a GARDAWORLD respectfully submits that this Notice of Removal complies with the statutory removal requirements and respectfully requests that this action now proceeding against it be removed from the District Court for the City & County of Denver, Colorado, to this Court and that this action proceed in this Court as a properly removed action.

Dated: July 30, 2021.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:     */s/Leah E. Capritta*
        Leah E. Capritta
        1801 California Street, Suite 5000
        Denver, CO  80202
        Tel.: (303) 974-6656
        Fax: (303) 974-6659
        leah.capritta@hklaw.com

        *Attorneys for Defendant*
        *Garda CL Northwest d/b/a GardaWorld*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2021, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using CM/ECF system.  I sent separate notice via the Colorado Court ICCES e-filing system to Plaintiff's counsel of record as follows:

Brandt Milstein
Milstein Turner, PLLC
2400 Broadway, Suite B
Boulder, Colorado 80304
brandt@milsteinturner.com
Attorney for Plaintiff
*via ICCES*

*/s/Lorraine Labash*
Lorraine Labash