IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 21-cv-02069-RM-STV

JASON GANN, on his own behalf and
on behalf of all others similarly situated,

    Plaintiffs,

v.

GARDA CL NORTHWEST d/b/a
GARDAWORLD,

    Defendant.

---

**ORDER TO SHOW CAUSE**

---

This matter is before the Court *sua sponte*. Defendant removed this action to this Court based on diversity subject matter jurisdiction under 28 U.S.C. § 1332(a), with the amount in controversy alleged to be in excess of $75,000. This matter, however, is a putative class action alleging violations of Colorado wage laws. Thus, it appears that jurisdiction may only be had under 28 U.S.C. § 1332(d) which provides that:

> The district courts shall have original jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $**5,000,000**, exclusive of interest and costs, and is a class action in which— (A) any member of a class of plaintiffs is a citizen of a State different from any defendant….

28 U.S.C. § 1332(d)(2) (emphasis added). There is nothing in the record to support such a value exists in this case. Thus, it appears that subject matter jurisdiction has not been shown.

Accordingly, it is

**ORDERED** that on or before Monday, **August 16, 2021**, Defendant shall SHOW CAUSE why this action should not be remanded to the Denver District Court from where it was removed.

DATED this 10th day of August, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge