IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

Civil Action No. 21-cv-02069-RM-STV

JASON GANN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

GARDA CL NORTHWEST d/b/a Garda World,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

---

This matter is before the Court on the parties' Joint Motion for Preliminary Approval of Class Action Settlement (ECF No. 61), requesting that the Court certify a settlement class, grant preliminary approval of the settlement agreement and notice, and set a final fairness hearing. Having reviewed the Motion, the Settlement and Release Agreement (ECF No. 61-1 at 1-13), and the proposed Notice (*id.* at 14-17), and being fully advised in the premises, the Court hereby GRANTS the Motion.

Accordingly, it is hereby ORDERED that:

(I)    For settlement purposes only, the Court certifies the following stipulated class under the Colorado Minimum Wages of Workers Act and Fed. R. Civ. P. 23 defined as:

ALL INTRASTATE HOURLY LOCAL DRIVERS AND MESSENGERS WHO WORKED FOR DEFENDANT AT THE COLORADO SPRINGS OR GRAND JUNCTION TERMINAL FROM JUNE 28, 2015, TO DECEMBER 31, 2020;

(II)   The Settlement reflected in the Settlement and Release Agreement, attached to the Motion as Exhibit 1, is preliminarily approved;

(III)  A Final Fairness Hearing is hereby scheduled to occur on **Friday, March 7, 2025, at 10 a.m**. in Courtroom A601, Sixth Floor, at the Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294; and

(IV)   A ruling on the Unopposed Motion for Attorney Fee (ECF No. 62) will issue in due course.

DATED this 6th day of December, 2024.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge