# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-CV-02069-RM-STV

JASON GANN, on his own behalf and
  on behalf of all others similarly situated,

    Plaintiff,

v.

GARDA CL NORTHWEST d/b/a
  GARDAWORLD,

    Defendants.

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff and Defendant (the "parties") submit this Joint Motion to request that-- following the Final Fairness Hearing scheduled for March 7, 2025 at 10:00 a.m.-- the Court grant Final Approval to their class action settlement pursuant to Fed. R. Civ. P. 23(e).

On November 22, 2024, the parties submitted their Joint Motion for Preliminary Approval of Class Action Settlement. [#61]. On that same date, Plaintiff submitted an Unopposed Motion for Attorney Fee. [#62]. In its Order dated December 6, 2024, the Court granted preliminary approval to the parties' Settlement, certified the parties' stipulated class of armored car workers, and set a Final Fairness Hearing for Friday, March 7, 2025. [#63]. The Court indicated that a ruling on the Unopposed Motion for Attorney Fee would issue in due course. *Id.*

In support of final approval, the parties submit the attached documents and state as follows.

On December 20, 2024, pursuant to the Court's preliminary approval Order, the Class Administrator distributed the approved notice by First Class U.S. Mail to the last known mailing addresses of the 43 Class Members. *See,* Ex. 1, Gomez Declaration, ¶ 8. Of the mailings, 19 were returned as undeliverable to the last known physical mailing address the parties possessed for the Class Members. *Id.* at ¶ 9. The Class Administrator researched updated address information for those Class Members whose notice packets were returned undeliverable. *Id.* The Class Administrator was not able to find alternative addresses for 6 unreachable Class Members. *Id.* Ultimately postal mailed notice was successfully delivered to 37 of 43 identified Class Members. *Id.* at ¶ 10.

The notice informed the Class Members of the terms of the Settlement Agreement, including the $10,000.00 service award to the named Plaintiff and counsel's requested attorney fee. Ex. 1, Gomez Declaration, Exhibit 1 thereto. The notice further informed the Class Members of their opportunity to opt-out of the Settlement by the February 13, 2025 deadline by returning a signed opt-out form to the Class Administrator. *Id.* at § 7. No Class Member opted-out of the Settlement. Ex. 1, Gomez Declaration, ¶ 12.

The notice informed the Class Members that those wishing to object to the settlement were required to file written objection with the Class Administrator by February 13, 2025. Ex. 1, Gomez Declaration, Exhibit 1 thereto, § 8. No Class Member objected to the settlement. Ex. 1, Gomez Declaration, ¶ 11.

Finally, the notice informed the class members that there would be an in-person hearing on March 7, 2025 at 10:00 a.m. at 901 19th Street, Courtroom A601, Denver, CO 80294. Ex. 1, Gomez Declaration, Exhibit 1 thereto, § 8.

As set forth above, the notice plan as executed satisfied the due process requirements of Fed. R. Civ. P. 23. None of the 43 class members elected to opt-out of the settlement agreement and no objections were made. For the reasons set forth in the parties' Joint Motion for Preliminary Approval of Class Action Settlement [#61], Plaintiff's Unopposed Motion for Attorney Fee [#62], and the Court's Order Granting Joint Motion for Preliminary Approval of Class Action Settlement [#63], the Settlement Agreement, including the service award to the named Plaintiff and counsel's attorney fee, are fair, reasonable and adequate and should be granted final approval.

Respectfully submitted this 25th day of February, 2025.

| | |
|---|---|
| */s Brandt Milstein* | *s/ Leah Capritta* |
| MILSTEIN TURNER, PLLC | Holland & Knight, LLP |
| 2400 Broadway, Suite B | 1801 California Street, Suite 5000 |
| Boulder, CO 80304 | Denver, CO 80202 |
| 303.440.8780 | 303.974.6466 |
| brandt@milsteinturner.com | Leah.Capritta@hklaw.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties entitled to notice.

*s/ Brandt Milstein*