# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| Courtroom Deputy: Heidi L. Guerra | Date: March 7, 2025 |
|---|---|
| Court Reporter: Kevin Carlin | |

**CASE NO. 1:21-cv-02069-RM-STV**

| Parties | Counsel |
|---|---|
| JASON GANN, on his own behalf and on behalf of others similarly situated, | Andrew H. Turner |
| Plaintiff, | |
| v. | |
| GARDA CL NORTHWEST, d/b/a Gardaworld, | Leah E. Capritta |
| Defendant. | |

## COURTROOM MINUTES

**FAIRNESS HEARING**
**Court in session:**     9:59 a.m.

Appearances of counsel.

Preliminary remarks made by the Court.

No oral or written objections were submitted to the Court from any member of the Plaintiff class.

Court addresses the [62] Unopposed Motion for Attorney Fees and the [64] Join Motion for Approval of Class Action Settlement.

Statements given on the proposed settlement agreement.

**ORDERED:** Counsel is directed to email chambers a proposed order on the class action settlement by March 14, 2025 as stated on the record.

**Court in recess:**     10:22 a.m.
**Total in court time:**     23 minutes
**Hearing concluded.**